UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GONDEE CHARLES SINGLETARY,
    Plaintiff,

v.

BRIAN DUFFEY,
    Defendant.

Case No. 15-cv-02460-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff raises claims about conditions at the California Health Facility in Stockton, California, which is in the Eastern District. Accordingly, this federal civil rights action is hereby TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** June 9, 2015

JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GONDEE CHARLES SINGLETARY,

    Plaintiff,

v.

BRIAN DUFFEY,

    Defendant.

Case No. 15-cv-02460-JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 9, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gondee Charles Singletary ID: J-08043
California Health Care Facility
P.O. Box 32200
Stockton, CA 95213

Dated: June 9, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO

2