UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONDEE CHARLES SINGLETARY,<br><br>           Plaintiff,<br><br>     v.<br><br>BRIAN DUFFY, Warden,<br><br>           Defendant. | No. 2:15-cv-1231 KJN P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff failed to sign the in forma pauperis application. Rather, plaintiff signed the "Certificate of Funds in Prisoner's Account" portion of the form, which is to be filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

   In accordance with the above, IT IS HEREBY ORDERED that:

   1. The Clerk of the Court shall provide plaintiff with a copy of the in forma pauperis application used by this court; and

/////

/////

1

2. Plaintiff shall submit, within thirty days from the date of this order, a signed and fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: June 15, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sing1231.3c