UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONDEE CHARLES SINGLETARY,<br><br>    Plaintiff,<br><br>    v.<br><br>BENJAMIN RICE, et al.,<br><br>    Defendants. | No. 2:15-cv-1231 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, in an action brought under 42 U.S.C. § 1983. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).  By order filed November 10, 2015, plaintiff was granted leave to amend solely to add an ADA claim against the California Department of Corrections and Rehabilitation ("CDCR"), for which he included no charging allegations in the complaint, but could choose not to amend and proceed against the remaining defendants by submitting the necessary documents for service of process.  On December 1, 2015, plaintiff submitted the documents required to serve process on the remaining defendants, opting not to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that defendant CDCR is dismissed without prejudice.

Dated:  December 7, 2015

/sing1231.dsm

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1