UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONDEE CHARLES SINGLETARY, | No. 2:15-cv-1231 KJN P |
| Plaintiff, | |
| v. | ORDER |
| BENJAMIN RICE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Defendants filed a statement of non-opposition to plaintiff's request. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: April 26, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/sing1231.59

1